UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOBBI JO TWETEN,<br>a/k/a BOBBI JO HINDBERG,<br><br>    Defendant. | ) CASE NO. MJ23-530<br>)<br>)<br>)<br>) DETENTION ORDER<br>)<br>)<br>)<br>) |

Offenses charged:

   1.  Conspiracy to Commit Bank Fraud

   2.  Bank Fraud

   3.  Aggravated Identity Theft

Date of Detention Hearing:   November 7, 2023.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

DETENTION ORDER
PAGE -1

the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has a lengthy 28-year criminal record, a prior conviction for escape, and 30 warrants for failures to appear. In addition to Defendant's pending charges from 2022 in the Eastern District of Washington, Defendant also has recent charges in King County Superior Court for possession of stolen property in the third degree, attempting to elude a police vehicle, identity theft in the first degree and possession of a stolen vehicle. Defendant does not have a history of a stable residence or stable employment. Defendant also has a history of addiction to methamphetamine.

Defendant poses a risk of nonappearance based on an extensive history of failures to appear, a conviction for escape, her unstable employment and unstable housing, and her substance abuse history.

There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending transfer to the Eastern District of Washington, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

DETENTION ORDER
PAGE -2

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 7th day of November, 2023.

_S. Kate Vaughan_
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3